DAVID L. BARRON, ESQ.
Nevada Bar No. 0142
CHELSEA P. PYASETSKYY, ESQ.
Nevada Bar. No. 11688
**BARRON & PRUITT, LLP**
3890 West Ann Rd.
North Las Vegas, Nevada 89031
Telephone: 702-870-3940
Facsimile:  702-870-3950
dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com
*Counsel for Neiman Marcus*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

\*\*\*

| | |
|---|---|
| MARGIE GERRARD,<br><br>    Plaintiff,<br><br>vs.<br><br>NEIMAN MARCUS GROUP, INC.; DOES 1 through 100; and ROE CORPORATIONS 101 through 200; inclusive,<br><br>    Defendant. | Case No.:   2:11-cv-00981-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto, through

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

their respective counsel of record, that the above-entitled matter may be dismissed, with prejudice, each party to bear its own costs and fees.

| BLACK & LOBELLO | BARRON & PRUITT, LLP |
|---|---|
| *(signature)* | *(signature)* |
| John D. Jones, Esq. | David Barron, Esq. |
| Nevada Bar No. 6699 | Nevada Bar No. 142 |
| 10777 W. Twain Avenue, Ste. 300 | Chelsea Pyasetskyy, Esq. |
| Las Vegas, NV 89135 | Nevada Bar No. 11688 |
| Fax: (702) 869-2669 | 3890 West Ann Road |
| *Attorneys for Plaintiff* | North Las Vegas, Nevada 89031 |
|  | *Counsel for Defendant Neiman Marcus* |

"IT IS SO ORDERED"

*(signature)*

Gloria M. Navarro
United States District Judge

**DATED: 04/30/2013**